CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**JUN 0 7 2005**

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **TONY J. BACON, #10321-084,** | ) | Civil Action No. 7:05-CV-00340 |
|     **Petitioner,** | ) | Criminal Action No. 3:04-CR-00012 |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES,** | ) | **By: Hon. Norman K. Moon** |
|     **Respondent.** | ) | **United States District Judge** |

In accordance with the accompanying opinion, it is hereby **ADJUDGED** and **ORDERED** that petitioner's motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, shall be and is hereby **FILED** and **DISMISSED** and this case is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

**ENTER**: This ___7th___ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE