CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 07 2005

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TONY J. BACON, #10321-084,  Petitioner, | ) ) ) | Civil Action No. 7:05-CV-00340  Criminal Action No. 3:04-CR-00012 |
| v. | ) ) ) | **FINAL ORDER** |
| UNITED STATES,  Respondent. | ) ) | By: Hon. Norman K. Moon  United States District Judge |

In accordance with the accompanying opinion, it is hereby **ADJUDGED** and **ORDERED** that petitioner's motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255, shall be and is hereby **FILED** and **DISMISSED** and this case is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel for the respondent.

ENTER: This 7th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE